```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02463
   EDMUND J GAWRYSIAK SR
   VICTORIA R GAWRYSIAK                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-1356     SSN XXX-XX-4397

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/13/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------

JP MORGAN CHASE BANK    CURRENT MORTG         .00              .00            .00
JP MORGAN CHASE BANK    MORTGAGE ARRE         .00              .00            .00
SELECT PORTFOLIO SERVICI NOTICE ONLY    NOT FILED              .00            .00
SELECT PORTFOLIO SERVICI NOTICE ONLY    NOT FILED              .00            .00
CITY OF HAMMOND INDIANA PRIORITY        NOT FILED              .00            .00
FORD MOTOR CREDIT       UNSEC W/INTER   7428.85                .00            .00
FORD MOTOR CREDIT       UNSEC W/INTER NOT FILED                .00            .00
DIRECT TV               UNSEC W/INTER NOT FILED                .00            .00
STATE FARM INSURANCE    UNSEC W/INTER NOT FILED                .00            .00
PROVIDIAN               UNSEC W/INTER NOT FILED                .00            .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER    782.78               .00            .00
UNIVERSITY RHEUMATOLOGIS UNSEC W/INTER NOT FILED               .00            .00
MITSOS DDS              UNSEC W/INTER   1309.40                .00            .00
B-LINE LLC              UNSEC W/INTER   1668.22                .00            .00
AT&T WIRELESS           UNSEC W/INTER NOT FILED                .00            .00
TIMES                   UNSEC W/INTER    474.40                .00            .00
ST MARGARET HEALTH CENTE UNSEC W/INTER NOT FILED               .00            .00
ST MARGARET HEALTH CENTE UNSEC W/INTER NOT FILED               .00            .00
EAST CHICAGO CHECK CASHE UNSEC W/INTER    20.00                .00            .00
ADVANCE AMERICA         UNSEC W/INTER NOT FILED                .00            .00
SUN CASH                UNSEC W/INTER NOT FILED                .00            .00
NATIONAL QUICK CASH     UNSEC W/INTER NOT FILED                .00            .00
UP TOWN CASH            UNSEC W/INTER NOT FILED                .00            .00
ASSET ACCEPTANCE LLC    UNSEC W/INTER    146.51                .00            .00
GEORGE ROBLES           NOTICE ONLY    NOT FILED               .00            .00
HARBOR POINT ESTATES    NOTICE ONLY    NOT FILED               .00            .00
EDMUND J GAWRYSIAK JR   NOTICE ONLY    NOT FILED               .00            .00
EAST CHICAGO CHECK CASHE SECURED NOT I      .00                .00            .00
SELECT PORTFOLIO SERVICI SECURED NOT I      .00                .00            .00
SELECT PORTFOLIO SERVICI SECURED NOT I      .00                .00            .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER    163.47               .00            .00
MARTIN J OHEARN         DEBTOR ATTY    2,000.00                          1,634.84
TOM VAUGHN              TRUSTEE                                            121.16
DEBTOR REFUND           REFUND                                                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 02463 EDMUND J GAWRYSIAK SR & VICTORIA R GAWRYSIAK
```

Summary of Receipts and Disbursements:

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 1,756.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 1,634.84      |
| TRUSTEE COMPENSATION |           | 121.16        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 1,756.00  | 1,756.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE